244 So.2d 854

**STATE of Louisiana**

v.

**Leah Bernadette HODGES and Catherine Len Bourns.**

No. 51216.

March 3, 1971.

 The showing made does not warrant the exercise of our supervisory jurisdiction.

244 So.2d 855

**Mrs. Emma MASON**

v.

**Barbara BRESTON.**

No. 51223.

March 3, 1971.

The appeal bond in eviction proceedings is to protect the landlord from damage resulting from the appeal. See Art. 4735 C.C.P. The applicant is not entitled to be relieved from such bond because of poverty. See 5185 C.C.P.